41 A.3d 1287

Jeffrey MARTEN, Petitioner

v.

COMMONWEALTH of Pennsylvania, Respondent.

No. 191 EM 2011.

Supreme Court of Pennsylvania.

April 24, 2012.

## ORDER

PER CURIAM.

AND NOW, this 24th day of April, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED.**

41 A.3d 1287

Francisco MOJICA, Petitioner

v.

Michael WENEROWICZ, Superintendent of SCI, Graterford, Department of Corrections, Respondent.

No. 183 EM 2011.

Supreme Court of Pennsylvania.

April 24, 2012.

## ORDER

PER CURIAM.

AND NOW, this 24th day of April, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for a Hearing are **DENIED.**